UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 7:22-CR-12-REW

UNITED STATES OF AMERICA,                                    PLAINTIFF,

V.                         ORDER FOR ISSUANCE OF SUMMONS

BLACK DIAMOND COAL, LLC,                                    DEFENDANT.
        Registered Agent: Randall Fleming
                          2328 Thistle Park
                          Lexington, Ky  40509

        The Court ORDERS that the Motion of the United States for issuance of summons is

GRANTED, and Summons shall be issued for the Defendant, Black Diamond Coal, LLC, to

APPEAR in the United States District Court at Pikeville, Kentucky, on THURSDAY,

SEPTEMBER 8, 2022, at the  hour of 10:00 a.m., and shall DIRECT the Defendant to contact

the United States Probation Office in Pikeville, Kentucky, at telephone number (606) 437-6320,

within 48 hours of receipt of the Summons, excluding weekends, in order to arrange an interview

by the United States Probation Office for the purpose of obtaining information pertaining to the

pretrial release of the Defendant.

        Signed August 18, 2022.



Signed By:

Edward B. Atkins

United States Magistrate Judge