Eastern District of Kentucky
**FILED**

AUG 1 8 2022

At Pikeville
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## PIKEVILLE

CRIMINAL ACTION NO. 7:22-CR-012-REW

UNITED STATES OF AMERICA                              **PLAINTIFF**

V.                    **ORDER FOR ISSUANCE OF A SUMMONS**

WALTER PERKINS                                        **DEFENDANT**

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of summons is GRANTED, and Summons shall be ISSUED for the Defendant, **WALTER PERKINS**, to APPEAR in United States District Court at Pikeville, Kentucky, on _9/8_, 2022, at _10:00 a.m._, and shall DIRECT the Defendant to contact the United States Probation Office in Pikeville, Kentucky, at telephone number (606) 437-6320, within 48 hours of the receipt of the Summons, excluding weekends, in order to arrange an interview by the United States Probation Office for the purpose of obtaining information pertaining to the pretrial release of the Defendant.

On this _8_ day of _August_ 2022.

Signed By:
Edward B. Atkins _EBA_
United States Magistrate Judge

_____
UNITED STATES MAGISTRATE JUDGE

Copies:    United States Marshal
           United States Probation
           Emily K. Greenfield, Assistant United States Attorney