PROB 12C
(5/2015)

# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF KENTUCKY

## Petition for Warrant or Summons for Offender under Supervision

Name of Offender:  Walter Perkins                                  Case Number:  7:22-CR-12-REW-2  ~~6:21-CR-012-REW-02~~

Name of Sentencing Judicial Officer:  Honorable Robert E. Wier, United States District Judge

Date of Original Sentence:  June 8, 2023

Original Offense:  30 U.S.C. § 820(c): Knowing Violation of Health and Safety Standards
                   18 U.S.C. § 1001: False Statement

Original Sentence:  Six Months Imprisonment; One Year Supervised Release

Type of Supervision:  Supervised Release    Date Supervision Commenced:  December 23, 2023

Asst. U.S. Attorney:  Emily K. Greenfield    Defense Attorney:  Michael B. Fox

---

### PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1 | Commission of a Crime/Unlawful Possession of a Controlled Substance |

January 3, 2024
Page 2

RE: Perkins, Walter
    Dkt. # 6:21-CR-012-REW-02
    PROB 12C

U.S. Probation Officer Recommendation:

☒ The term of supervision should be:

    ☒ Revoked.

    ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/3/2024

*[signature]*

Matthew D. Armstrong
Senior U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant (**Matter Sealed Pending Arrest**).

☐ The Issuance of a Summons.

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☐ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

Signed By:
Edward B. Atkins *EBA*
United States Magistrate Judge

_____
Signature of Judicial Officer

1/4/2023
_____
Date